```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 16495
    DARYL K CARPENTER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2578


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/27/2005 and was confirmed 10/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
ROMA NATIONAL BANK OF HA   CURRENT MORTG        .00           .00           .00
BANK OF AMERICA NA         SPECIAL CLASS   12242.30           .00       8356.55
ECAST SETTLEMENT CORP      SPECIAL CLASS    7819.93           .00       5337.85
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       10541.83           .00           .00
ECAST SETTLEMENT CORP      UNSECURED       25339.41           .00           .00
LEGAL HELPERS PC           DEBTOR ATTY      2,000.00                    2,000.00
TOM VAUGHN                 TRUSTEE                                        905.60
DEBTOR REFUND              REFUND                                         600.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   17,200.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     13,694.40
ADMINISTRATIVE                                 2,000.00
TRUSTEE COMPENSATION                             905.60
DEBTOR REFUND                                    600.00
                          ---------------    ---------------
TOTALS                    17,200.00           17,200.00
```

 Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                /s/ Tom Vaughn
Dated: 01/25/08       _____
                TOM VAUGHN
                CHAPTER 13 TRUSTEE